No. 328, Misc. WILSON v. GERNERT ET AL. C. A. 3d Cir. Certiorari denied. *William C. Sennett,* Attorney General of Pennsylvania, and *Frank P. Lawley, Jr.,* Deputy Attorney General, for respondents.

No. 345, Misc. GIBBS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Bradley A. Stoutt,* Deputy Attorney General, for respondent.

No. 357, Misc. JOHNSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. *G. T. Blankenship,* Attorney General of Oklahoma, and *Gary F. Glasgow,* Assistant Attorney General, for respondent.

No. 405, Misc. RODGERS v. NEBRASKA. Sup. Ct. Neb. Certiorari denied. *Clarence A. H. Meyer,* Attorney General of Nebraska, and *Ralph H. Gillan,* Assistant Attorney General, for respondent.

No. 417, Misc. CARTER v. SEAMANS, SECRETARY OF THE AIR FORCE. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, and Robert V. Zener* for respondent.

No. 457, Misc. WEBB v. OHIO. Sup. Ct. Ohio. Certiorari denied. *Lawrence Herman* for petitioner. *Lee C. Falke* for respondent.

No. 462, Misc. LATHAN v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *William E. Hellerstein* for petitioner. *Burton B. Roberts* and *Daniel J. Sullivan* for respondent.